

# THE THIRTEENTH COURT OF APPEALS

---

13-12-00516-CV

---

JUAN JESUS CANTU AND MARIA YOLANDA CANTU
v.
ZAR-MAT PROPERTIES, A TEXAS GENERAL PARTNERSHIP, JOSE RUBEN MATA
AND ZARAGOSA HINOJOSA JR.

---

On Appeal from the
County Court at Law No. 7 of Hidalgo County, Texas
Trial Cause No. CL-06-0891-G

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellants/cross-appellees and 50% against appellees/cross-appellants.

We further order this decision certified below for observance.

May 8, 2014